**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Stephen R. McEathron         BK NO. 26-00204 MJC
       Kathleen M. McEathron

           Debtor(s)        Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

       Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
28 Jan 2026, 13:08:30, EST

       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322