| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 6184111 | 1 of 1 |

Roche Supply Inc  
3376 Lake Ariel Hwy  
Honesdale, PA 18431

## EARNINGS STATEMENT 

Period Starting: 12/29/2025  
Period Ending: 01/11/2026  
Pay Date: 01/16/2026

Taxable Marital Status: Married  
Exemptions/Allowances: Tax Override:  
  Federal: 0      Federal:  
  State: 0        State:  
  Local: 0        Local:  
Social Security Number: XXX-XX-XXXX

Stephen R McEathron  
309 Clinton St  
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 72.00 | 1440.00 | 2865.00 |
| Overtime | 30.0000 | 10.25 | 307.50 | 592.50 |
| Holiday | 20.0000 | 8.00 | 160.00 | 320.00 |
| **Gross Pay** | | | **$1,907.50** | **$3,777.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -119.63 | 234.76 |
| Social Security | -117.69 | 233.06 |
| Medicare | -27.52 | 54.50 |
| Pennsylvania State Income | -58.28 | 115.40 |
| Pennsylvania State UI | -1.33 | 2.64 |
| Texas T Local Income | -18.98 | 37.59 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Sect125 | -9.27 | 18.54 |
| VD | -100.00 | 200.00 |

**Net Pay**    **$1,454.80**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 82.25 | 163.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXXX | 290.96 |
| XXXXXX7394 | XXXXXXXXX | 1163.84 |

Important Notes  
Basis of pay: Hourly

Your federal taxable wages this period are $1,898.23  
* Excluded from Federal taxable wages

Roche Supply Inc  
3376 Lake Ariel Hwy  
Honesdale, PA 18431

Pay Date: 01/16/2026

THIS IS NOT A CHECK

Deposited to the account  
Checking DirectDeposit  
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXXX | 290.96 |
| XXXXXX7394 | XXXXXXXXX | 1163.84 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 6158423 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# Earnings Statement



Period Starting: 12/15/2025
Period Ending: 12/28/2025
Pay Date: 01/02/2026

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen R McEathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 71.25 | 1425.00 | 1425.00 |
| Overtime | 30.0000 | 9.50 | 285.00 | 285.00 |
| Holiday | 20.0000 | 8.00 | 160.00 | 160.00 |
| **Gross Pay** | | | **$1,870.00** | **$1,870.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -115.13 | 115.13 |
| Social Security | -115.37 | 115.37 |
| Medicare | -26.98 | 26.98 |
| Pennsylvania State Income | -57.12 | 57.12 |
| Pennsylvania State UI | -1.31 | 1.31 |
| Texas T Local Income | -18.61 | 18.61 |
| Texas Twp Local Services | -10.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Sect125 | -9.27 | 9.27 |
| VD | -100.00 | 100.00 |
| **Net Pay** | | **$1,416.21** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.75 | 80.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXXX | 283.24 |
| XXXXXX7394 | XXXXXXXXX | 1132.97 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,860.73
* Excluded from Federal taxable wages

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Pay Date: 01/02/2026



| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9654 | XXXXXXXXX | 283.24 |
| Checking DirectDeposit | XXXXXX7394 | XXXXXXXXX | 1132.97 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 6127887 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# Earnings Statement



Period Starting: 12/01/2025
Period Ending: 12/14/2025
Pay Date: 12/19/2025

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen R McEathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1600.00 | 16730.00 |
| Overtime | 30.0000 | 9.25 | 277.50 | 4065.00 |
| Holiday | | | 0.00 | 320.00 |
| Commission | | | 0.00 | 1600.00 |
| **Gross Pay** | | | **$1,877.50** | **$22,715.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -128.03 | 1480.18 |
| Social Security | -116.40 | 1340.13 |
| Medicare | -27.23 | 313.42 |
| Pennsylvania State Income | -57.64 | 663.57 |
| Pennsylvania State UI | -1.32 | 15.13 |
| Texas T Local Income | -18.78 | 216.17 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| VD | -100.00 | 760.00 |
| **Net Pay** | **$1,428.10** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 89.25 | 551.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXXX | 285.62 |
| XXXXXX7394 | XXXXXXXXX | 1142.48 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,877.50

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Pay Date: 12/19/2025

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9654 | XXXXXXXXX | 285.62 |
| Checking DirectDeposit | XXXXXX7394 | XXXXXXXXX | 1142.48 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 6097472 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# Earnings Statement



Period Starting: 11/17/2025
Period Ending: 11/30/2025
Pay Date: 12/05/2025

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen R McEathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 78.25 | 1565.00 | 15130.00 |
| Overtime | 30.0000 | 6.50 | 195.00 | 3787.50 |
| Holiday | 20.0000 | 8.00 | 160.00 | 320.00 |
| Commission | | | 0.00 | 500.00 |
| **Gross Pay** | | | **$1,920.00** | **$19,737.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -133.13 | 1352.15 |
| Social Security | -119.04 | 1223.73 |
| Medicare | -27.84 | 286.19 |
| Pennsylvania State Income | -58.94 | 605.93 |
| Pennsylvania State UI | -1.34 | 13.81 |
| Texas T Local Income | -19.20 | 197.39 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| VD | -100.00 | 660.00 |

**Net Pay**    **$1,460.51**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 84.75 | 462.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXXX | 292.10 |
| XXXXXX7394 | XXXXXXXXX | 1168.41 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,920.00

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Pay Date: 12/05/2025



| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9654 | XXXXXXXXX | 292.10 |
| Checking DirectDeposit | XXXXXX7394 | XXXXXXXXX | 1168.41 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 6065891 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# EARNINGS STATEMENT 

Period Starting: 11/03/2025
Period Ending: 11/16/2025
Pay Date: 11/21/2025

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
   Federal: 0    Federal:
   State: 0    State:
   Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Stephen R Mc Eathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 78.25 | 1565.00 | 13565.00 |
| Overtime | 30.0000 | 8.50 | 255.00 | 3592.50 |
| Holiday | | | 0.00 | 160.00 |
| Commission | | | 0.00 | 500.00 |
| **Gross Pay** | | | **$1,820.00** | **$17,817.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -121.13 | 1219.02 |
| Social Security | -112.84 | 1073.69 |
| Medicare | -26.39 | 251.10 |
| Pennsylvania State Income | -55.87 | 531.64 |
| Pennsylvania State UI | -1.27 | 12.12 |
| Texas T Local Income | -18.20 | 173.19 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| VD | -100.00 | 560.00 |

| Net Pay | $1,384.30 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 86.75 | 377.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXX | 276.86 |
| XXXXXX7394 | XXXXXXXX | 1107.44 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $1,820.00

---

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Pay Date: 11/21/2025



Deposited to the account
Checking DirectDeposit
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9654 | XXXXXXXX | 276.86 |
| XXXXXX7394 | XXXXXXXX | 1107.44 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/10 | 10085 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# Earnings Statement 

Period Starting: 10/20/2025
Period Ending: 11/02/2025
Pay Date: 11/07/2025

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen R Mc Eathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1600.00 | 12000.00 |
| Overtime | 30.0000 | 12.50 | 375.00 | 3337.50 |
| Holiday | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$1,975.00** | **$15,497.50** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 92.50 | 290.75 |

**Important Notes**
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -139.73 | 1097.89 |
| Social Security | -122.45 | 960.85 |
| Medicare | -28.63 | 224.71 |
| Pennsylvania State Income | -60.63 | 475.77 |
| Pennsylvania State UI | -1.39 | 10.85 |
| Texas T Local Income | -19.75 | 154.99 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| VD | -100.00 | 460.00 |

| Net Pay | | $1,502.42 |
|---|---|---|

Your federal taxable wages this period are $1,975.00

60-853/313

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Payroll Check Number: 10085
Pay Date: 11/07/2025

Pay to the order of: Stephen R Mc Eathron
This amount: ONE THOUSAND FIVE HUNDRED TWO AND 42/100

$1,502.42

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Honesdale National Bank

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| LV / 5CO 29557079 | 01/ | 10016 | 1 of 1 |

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

# Earnings Statement 

Period Starting: 09/22/2025
Period Ending: 10/05/2025
Pay Date: 10/10/2025

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Stephen R Mc Eathron
309 Clinton St
Vandling, PA 18421

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 80.00 | 1600.00 | 8800.00 |
| Overtime | 30.0000 | 16.50 | 495.00 | 2310.00 |
| Holiday | | | 0.00 | 160.00 |
| **Gross Pay** | | | **$2,095.00** | **$11,270.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -154.13 | 785.13 |
| Social Security | -129.89 | 698.74 |
| Medicare | -30.38 | 163.42 |
| Pennsylvania State Income | -64.32 | 345.99 |
| Pennsylvania State UI | -1.47 | 7.89 |
| Texas T Local Income | -20.95 | 112.71 |
| Texas Twp Local Services | 0.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| VD | -65.00 | 260.00 |

| Net Pay | | $1,628.86 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 96.50 | 96.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $2,095.00

60-853/313

Roche Supply Inc
3376 Lake Ariel Hwy
Honesdale, PA 18431

Payroll Check Number: 10016
Pay Date: 10/10/2025

Pay to the order of: Stephen R Mc Eathron
This amount: ONE THOUSAND SIX HUNDRED TWENTY EIGHT AND 86/100    $1,628.86

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Honesdale National Bank

ROCHE SUPPLY, INC.

40965

Employee
[illegible] PA 18421

SSN
[illegible]
Pay Period [illegible]
Pay Date [illegible]

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80.00 | 25.00 | 1,800.00 | 7,200.00 |
| Overtime (1.5) [illegible] | 21.15 | 30.00 | 637.50 | 1,815.00 |
| [illegible] | | | 0.00 | 160.00 |
| | 101.15 | | 2,237.50 | 9,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| [illegible] Employee [illegible] Tax | 0.00 | |
| [illegible] TAX | -22.38 | -81.76 |
| [illegible] TAX | 0.00 | -10.00 |
| Federal Withholding | -171.00 | -631.00 |
| Social Security Employee | -138.72 | -568.85 |
| Medicare Employee | -32.44 | 133.04 |
| PA Withholding | 68.69 | 281.67 |
| PA Unemployment | 1.56 | 6.40 |
| | 434.55 | 1,722.74 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| [illegible] | -65.00 | 195.00 |

| Net Pay | 1,737.70 | 7,257.26 |
|---|---|---|

[illegible] LAKE ARIEL HWY HONESDALE PA 18431

**JAY TIRE COMPANY**

20382

Employee
STEPHEN McEATHRON, 4 HART PLACE, CARBONDALE, PA 18

Pay Period 03/30/2025 - 04/05/2025    Pay Date 04/09/2025

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| REGULAR | 40.00 | 18.00 | 720.00 | 10,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| LOCAL | -7.20 | -226.80 |
| OCCUP TAX | 0.00 | -10.00 |
| Federal Withholding | 0.00 | -804.00 |
| Social Security Employee | -44.64 | -669.60 |
| Medicare Employee | -10.44 | -156.60 |
| PA - Withholding | -22.10 | -331.50 |
| PA - Unemployment Employee | -0.50 | -7.56 |
| | -84.88 | -2,206.06 |

Net Pay    635.12    8,593.94

JAY OIL CO INC, 512 MAIN ST, CHILDS, PA 18407

Powered by Intuit Payroll