<u>**LOCAL BANKRUPTCY FORM 1007-1(c)**</u>

# United States Bankruptcy Court
## Middle District of Pennsylvania, Wilkes-Barre Division

In re   Stephen R. McEathron
      Kathleen M. McEathron                              Case No. _____

                             Debtor(s)       Chapter   7

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Kathleen M. McEathron__ , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

☐    I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐    I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐    My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☒    I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐    I did not receive payment advices due to factors other than those listed above. (Please explain) __

     I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date:   January 20, 2026                   /s/ Kathleen M. McEathron
                                           Kathleen M. McEathron
                                           Joint Debtor