United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Stephen R. McEathron

Kathleen M. McEathron

    Debtors

Case No. 26-00204-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 3

Date Rcvd: Mar 16, 2026             Form ID: pdf010             Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Stephen R. McEathron, Kathleen M. McEathron, 309 Clinton Street, Forest City, PA 18421-1501 |
| 5775778 | | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| 5775782 | | Citibank N.A., Greenville, SC 29602 |
| 5775784 | | Credit One American Express, Greenville, SC 29602 |
| 5775787 | | Credit One Bank N.A., Greenville, SC 29602 |
| 5775790 | | First Access Bank of Missouri, Greenville, SC 29602 |
| 5775791 | | First Bank Trust Mercury, Greenville, SC 29602 |
| 5775798 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775813 | + | Phil Hodges, Jr., Inc., 18 Fireman's Lane, Forest City, PA 18421-1202 |
| 5775814 | | Ppl Electric Utilities Corpora, 501 Greene St, Augusta, GA 30901-4404 |
| 5775821 | | WEBBANK AVANT, Greenville, SC 29602 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5775768 | | Email/PDF: cbp@omf.com | Mar 16 2026 18:51:40 | Brightway/onemain, Attn: Bankruptcy, PO Box 59, Evansville, IN 47701-0059 |
| 5775767 | | Email/PDF: cbp@omf.com | Mar 16 2026 18:51:42 | Brightway/onemain, PO Box 3316, Evansville, IN 47732-3316 |
| 5775770 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 18:51:34 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 18:51:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775777 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 16 2026 18:51:35 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 5775779 | + | Email/Text: compliance@contractcallers.com | Mar 16 2026 18:49:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Fl 3, Augusta, GA 30901-4415 |
| 5775780 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 18:51:40 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5775781 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 18:51:28 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5775783 | + | Email/Text: compliance@contractcallers.com | Mar 16 2026 18:49:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 5775785 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2026 19:02:03 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5775786 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 16 2026 19:01:59 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |

| Recip ID | | Email Info | Date/Time | Name and Address |
|---|---|---|---|---|
| 5775789 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 16 2026 19:01:59 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5775788 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 16 2026 19:01:59 | Cws/cw Nexus, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5775793 | | Email/Text: BNSFS@capitalsvcs.com | Mar 16 2026 18:49:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5775792 | | Email/Text: BNSFS@capitalsvcs.com | Mar 16 2026 18:49:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5775794 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 16 2026 18:51:34 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5775795 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 16 2026 18:51:40 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5775804 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 19:02:03 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5775811 | | Email/Text: bankruptcy@marinerfinance.com | Mar 16 2026 18:49:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5775810 | | Email/Text: bankruptcy@marinerfinance.com | Mar 16 2026 18:49:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5775812 | | Email/PDF: cbp@omf.com | Mar 16 2026 18:51:40 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5775815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 18:51:28 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5775816 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 18:51:34 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5775817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 18:51:34 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5775818 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 18:51:34 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5775820 | | Email/Text: bankruptcy@uwm.com | Mar 16 2026 18:49:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 5775819 | ^ | MEBN | Mar 16 2026 18:47:31 | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5775774 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775775 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775776 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775771 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775772 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775773 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775796 | * | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5775797 | * | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5775799 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775800 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775801 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775802 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775803 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775805 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC |

|  |  |  |
|---|---|---|
|  |  | 29602-1269 |
| 5775806 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5775807 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5775808 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5775809 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John J Martin | on behalf of Debtor 2 Kathleen M. McEathron jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| John J Martin | on behalf of Debtor 1 Stephen R. McEathron jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| ONEMAIN FINANCIAL | cbp@onemainfinancial.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Stephen R. McEathron

|  | Debtor 1 | Chapter: | 7 |
|---|---|---|---|
|  |  | Case No.: | 5:26-bk-00204-MJC |

Kathleen M. McEathron

Debtor 2

## ORDER DISMISSING CASE

It appearing that the above named Debtor 2 has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtors be and is hereby **DISMISSED**. The Trustee is hereby discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 16, 2026