United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-00204-MJC |
| Stephen R. McEathron | Chapter 7 |
| Kathleen M. McEathron | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: May 21, 2026 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen R. McEathron, Kathleen M. McEathron, 309 Clinton Street, Forest City, PA 18421-1501 |
| 5775778 | | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| 5775782 | | Citibank N.A., Greenville, SC 29602 |
| 5775784 | | Credit One American Express, Greenville, SC 29602 |
| 5775787 | | Credit One Bank N.A., Greenville, SC 29602 |
| 5775790 | | First Access Bank of Missouri, Greenville, SC 29602 |
| 5775791 | | First Bank Trust Mercury, Greenville, SC 29602 |
| 5775798 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775813 | + | Phil Hodges, Jr., Inc., 18 Fireman's Lane, Forest City, PA 18421-1202 |
| 5775814 | | Ppl Electric Utilities Corpora, 501 Greene St, Augusta, GA 30901-4404 |
| 5775821 | | WEBBANK AVANT, Greenville, SC 29602 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5775768 | EDI: AGFINANCE.COM | May 21 2026 22:52:00 | Brightway/onemain, Attn: Bankruptcy, PO Box 59, Evansville, IN 47701-0059 |
| 5775767 | EDI: AGFINANCE.COM | May 21 2026 22:52:00 | Brightway/onemain, PO Box 3316, Evansville, IN 47732-3316 |
| 5775770 | EDI: CAPITALONE.COM | May 21 2026 22:52:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775769 | EDI: CAPITALONE.COM | May 21 2026 22:52:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775777 | EDI: CAPONEAUTO.COM | May 21 2026 22:52:00 | Capital One Auto Finance, Credit, Bureau DISPUTE, Plano, TX 75025 |
| 5775779 | + Email/Text: compliance@contractcallers.com | May 21 2026 19:01:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Fl 3, Augusta, GA 30901-4415 |
| 5775780 | EDI: JPMORGANCHASE | May 21 2026 22:52:00 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5775781 | EDI: JPMORGANCHASE | May 21 2026 22:52:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5775783 | + Email/Text: compliance@contractcallers.com | May 21 2026 19:01:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 5775785 | Email/PDF: creditonebknotifications@resurgent.com | May 21 2026 19:00:23 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5775786 | Email/PDF: creditonebknotifications@resurgent.com | May 21 2026 19:00:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |

| 5775789 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2026 19:00:23 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5775788 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2026 19:00:16 | Cws/cw Nexus, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5775793 | Email/Text: BNSFS@capitalsvcs.com | May 21 2026 19:01:00 | First Savings Bank, Attn: Bankruptcy, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5775792 | Email/Text: BNSFS@capitalsvcs.com | May 21 2026 19:01:00 | First Savings Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 5775794 | EDI: AMINFOFP.COM | May 21 2026 22:52:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5775795 | EDI: AMINFOFP.COM | May 21 2026 22:52:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5775804 | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 19:12:13 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5775811 | Email/Text: bankruptcy@marinerfinance.com | May 21 2026 19:01:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5775810 | Email/Text: bankruptcy@marinerfinance.com | May 21 2026 19:01:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5775812 | EDI: AGFINANCE.COM | May 21 2026 22:52:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5775815 | + EDI: SYNC | May 21 2026 22:52:00 | Syncb/Venmo, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5775816 | EDI: SYNC | May 21 2026 22:52:00 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5775817 | + EDI: SYNC | May 21 2026 22:52:00 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5775818 | EDI: SYNC | May 21 2026 22:52:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5775820 | Email/Text: bankruptcy@uwm.com | May 21 2026 19:01:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Blvd E, Pontiac, MI 48341-3163 |
| 5775819 | ^ MEBN | May 21 2026 18:57:27 | United Wholesale Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5775774 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775775 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775776 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5775771 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775772 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775773 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5775796 | * | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5775797 | * | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5775799 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775800 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775801 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775802 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775803 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 5775805 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC |

|         |   |                                                                                                                                                      |
|---------|---|------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |   | 29602-1269                                                                                                                                           |
| 5775806 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269                            |
| 5775807 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269                            |
| 5775808 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269                            |
| 5775809 | * | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269                            |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| John J Martin | on behalf of Debtor 1 Stephen R. McEathron jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| John J Martin | on behalf of Debtor 2 Kathleen M. McEathron jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Debtor 2 Kathleen M. McEathron kmartin@martin-law.net jmartin@martin-law.net;r59891@notify.bestcase.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| ONEMAIN FINANCIAL | cbp@onemainfinancial.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

Information to identify the case:

Debtor 1  Stephen R. McEathron

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–3756
EIN   _ _–_ _ _ _ _ _ _

Debtor 2  Kathleen M. McEathron
(Spouse, if filing)

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–3040
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:26–bk–00204–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen R. McEathron

Kathleen M. McEathron

**By the court:**

5/21/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**