United States Bankruptcy Court

Middle District of Pennsylvania

In re:            Case No. 26-00204-MJC

Stephen R. McEathron        Chapter 7

Kathleen M. McEathron

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**           **Recipient Name and Address**
db/jdb            +   Stephen R. McEathron, Kathleen M. McEathron, 309 Clinton Street, Forest City, PA 18421-1501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**           **Email Address**

John J Martin
      on behalf of Debtor 1 Stephen R. McEathron jmartin@martin-law.net
      kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

John J Martin
      on behalf of Debtor 2 Kathleen M. McEathron jmartin@martin-law.net
      kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Kimberly D Martin
      on behalf of Debtor 2 Kathleen M. McEathron kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com

Lawrence G. Frank
      lawrencegfrank@gmail.com  PA39@ecfcbis.com

Matthew K. Fissel
      on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

ONEMAIN FINANCIAL

cbp@onemainfinancial.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen R. McEathron,  Chapter  7

**Debtor 1**

Kathleen M. McEathron,  Case No.  5:26−bk−00204−MJC

**Debtor 2**

Social Security No.:

xxx−xx−3756  xxx−xx−3040

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 21, 2026

**fnldec** (01/22)